HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1 - 10, et al., | No. 16-cv-1212-JLR |
| Plaintiffs, | STIPULATED MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES |
| v. | |
| UNIVERSITY OF WASHINGTON, a Washington public corporation; DAVID DALEIDEN, an individual; and ZACHARY FREEMAN, an individual, | Note for Motion: August 30, 2016 |
| Defendants. | |

On August 29, 2016, the parties, through counsel, participated in a conference call to conduct their FRCP 26(f) conference. In light of motions pending before the Court, the parties agreed to suspend their FRCP 26(f) conference and seek a 30-day extension of the initial scheduling dates. Consistent with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 57), on August 29, 2016, counsel for Plaintiffs called and left a message with Casey Condon, Courtroom Deputy, seeking an extension. The parties now submit this stipulated motion to confirm their agreement to the request for a 30-day extension of the initial scheduling dates.

STIPULATED MOTION FOR EXTENSION
OF INITIAL SCHEDULING DATES - 1

1  DATED: August 30, 2016.

2  **ROBERT W. FERGUSON**
Washington Attorney General

_/s/ Nancy Garland (with authorization)_
Nancy S. Garland, WSBA No. 43501
Assistant Attorney General

Washington Attorney General's Office
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
Seattle, WA 98195-9475
Phone: (206) 543-4150
Facsimile: (206) 543-0779
E-mail: nancysg@uw.edu

*Attorneys for Defendant the University of Washington*

**WILLIAM JOHN CRITTENDEN**

_/s/ William J. Crittenden (with authorization)_
William J. Crittenden, WSBA No. 22033

WILLIAM JOHN CRITTENDEN
Attorney at Law
12345 Lake City Way NE 306
Seattle, WA 98125-5401
Phone: (206) 361-5972
E-mail: wjcrittenden@comcast.net

*Attorney for Defendant Zachary Freeman*

**SONKIN & SCHREMPP, PLLC**

Theresa Schrempp
Sonkin & Schrempp, PLLC
12715 Bel Red Road #150
Bellevue, WA 98005
Phone: (206) 275-2870
E-mail: theresas@lawyerseattle.com

**STOEL RIVES LLP**

/s/ Vanessa Soriano Power

Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jill D. Bowman, WSBA No. 11754
jill.bowman@stoel.com

Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101-4109
Telephone: (206) 624-0900
Fax: (206) 386-7500

Cooperating Attorney for Legal Voice

**LEGAL VOICE**
Janet S. Chung, WSBA No. 28535
jchung@legalvoice.org
Legal Voice
907 Pine Street, Suite 500
Seattle, WA 98101-1818
Telephone: (206) 682-9552
Fax: (206) 682-9556

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
David Edwards, WSBA No. 44680
dedwards@corrcronin.com
Steven W. Fogg, WSBA No. 23528
sfoff@corrcronin.com
Mallory Bouchee, WSBA No. 50194
mbouchee@corrcronin.com
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR EXTENSION
OF INITIAL SCHEDULING DATES - 2

1  **THOMAS MORE SOCIETY**

2  /s/ Peter Breen (with authorization)
   Peter Breen, *pro hac vice*
3  Thomas Brejcha, *pro hac vice*

4  Thomas More Society
   19 South LaSalle Street, Suite 603
5  Chicago, IL 60603
   Phone: (312) 782-1680
6  E-mail: pbreen@thomasmoresociety.org
   tbrejcha@thomasmoresociety.org
7

8  **FREEDOM OF CONSCIENCE DEFENSE FUND**

9  Jeffrey Trissell, *pro hac vice*
   Freedom of Conscience Defense Fund
10 P.O. Box 9520
   Rancho Santa Fe, CA 92067
11 Phone: (858) 759-9948
   E-mail: jtrissell@limandri.com
12
   *Attorneys for Defendant David Daleiden*
13

14
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
15
16 DATED: August 30, 2016

                                          _____
17                                        Honorable James L. Robart
                                          United States District Judge
18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION
OF INITIAL SCHEDULING DATES - 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Mallory L. Bouchee**
  mbouchee@corrcronin.com,mbdahl@corrcronin.com
- **Jill Diane Bowman**
  jill.bowman@stoel.com,sea_ps@stoel.com,deborah.harwood@stoel.com,docketclerk@stoel.com,debbie.dern@stoel.com
- **Peter Breen**
  pbreen@thomasmoresociety.org,docketing@thomasmoresociety.org
- **Thomas Brejcha**
  tbrejcha@thomasmoresociety.org,docketing@thomasmoresociety.org
- **Janet S Chung**
  jchung@legalvoice.org,info@legalvoice.org
- **William John Crittenden**
  wjcrittenden@comcast.net
- **David B Edwards**
  dedwards@corrcronin.com,cnelson@corrcronin.com
- **Steven W Fogg**
  sfogg@corrcronin.com,dpatterson@corrcronin.com,reception@corrcronin.com
- **Nancy S Garland**
  nancysg@uw.edu,awest3@uw.edu,enotify@uw.edu,aileenh@uw.edu
- **Theresa Ann Schrempp**
  theresas@lawyerseattle.com
- **Jeffrey Michael Trissell**
  jtrissell@limandri.com,kdenworth@limandri.com,lldfojai@cs.com,pjonna@limandri.com,cslimandri@limandri.com

s/ Leslie Lomax
Leslie Lomax, Legal Secretary

STIPULATED MOTION FOR EXTENSION
OF INITIAL SCHEDULING DATES - 4