| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 17 2017 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JANE DOES 1-10, individually and on behalf of others similarly situated and JOHN DOES 1-10, individually and on behalf of others similarly situated,

        Plaintiffs-Appellees,

 v.

DAVID DALEIDEN, an individual,

        Defendant-Appellant,

 and

ZACHARY FREEMAN; et al.,

        Defendants.

No.   16-36038

D.C. No. 2:16-cv-01212-JLR
Western District of Washington, Seattle

ORDER

Before: M. SMITH and OWENS, Circuit Judges.

    Perry Tapper and University of Washington's unopposed motion (Docket Entry No. 33) to amend the caption for this appeal and file the previously submitted brief is granted. The Clerk shall amend the caption to reflect that Tapper and University of Washington are Defendants-Appellees in this appeal. The Clerk shall file Tapper and University of Washington's answering brief submitted at Docket Entry No. 26.

    Appellant's request for clarification of the briefing schedule is granted.

DA/MOATT

2

Appellant's reply brief is due within 14 days after the date of this order.

DA/MOATT                                2