UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1-10, et al.,<br><br>                 Plaintiffs,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON,<br>et al.,<br><br>                Defendants. | CASE NO. C16-1212JLR<br><br>ORDER |

On November 1, 2017, Plaintiffs Jane Does 1-10 and John Does 1-10 ("Doe Plaintiffs") filed a notice of supplemental authority concerning *Washington Public Employees Association v. Washington State Center for Childhood Deafness & Hearing Loss*, 404 P.3d 111, 114 (Wash. Ct. App. 2017). (Notice (Dkt. # 124).) This decision involves an exemption to the Public Records Act ("PRA"), RCW ch. 42.56, based on the right to privacy under article 1, section 7 of Washington's constitution. *Wash. Pub. Emps. Ass'n*, 404 P.3d at 115-17. The court ORDERS the parties to submit additional

memoranda addressing how this decision does or does not support Doe Plaintiffs' claim to a right of privacy in the personally identifying information contained in the documents responsive to Defendant David Daleiden's PRA request.[1]  The court DIRECTS the parties to file simultaneous memoranda of no more than seven (7) pages on this issue no later than 12:00 p.m. on Tuesday, November 28, 2017.

Finally, the court also SCHEDULES a hearing for Wednesday, November 29, 2017, at 10:00 a.m. concerning the issues surrounding the Ninth Circuit's remand (*see* USCA Order (Dkt. # 113)) and the parties' supplemental briefing on remand concerning the preliminary injunction (*see* Pl. Supp. Br. (Dkt. # 119); UW Resp. (Dkt. # 120); Def. Supp. Br. (Dkt. # 122); Pl. Supp. Reply (Dkt. # 123)).

Dated this 20th day of November, 2017.

JAMES L. ROBART
United States District Judge

---

[1] The court is aware of Mr. Daleiden's argument that Doe Plaintiffs' "privacy claim is dead." (Def. Supp. Br. (Dkt. # 122) at 2 n.2.)  There is no need to revisit this issue in any of the parties' supplemental memoranda.