UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1-10, et al.,<br><br>                  Plaintiffs,<br>   v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>                  Defendants. | CASE NO. C16-1212JLR<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO FILE A SUPPLEMENTAL REPLY BRIEF |

Before the court is Plaintiffs' motion for leave to file a supplemental reply brief in support of their motion for class certification. (MFL (Dkt. # 134); *see also* MFCC (Dkt. # 16).) Defendants' responses, if any, were due on December 26, 2017. *See* Local Rules W.D. Wash. LCR 7(d)(3). No party filed a response to Plaintiffs' motion. (*See generally* Dkt.; *see also* Reply (Dkt. # 142) at 1 ("No response in opposition to the request for leave was filed.").) "[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rules W.D.

ORDER - 1

1 | Wash. LCR 7(b)(2).  Accordingly, the court GRANTS Plaintiffs' motion to file a
2 | supplemental reply brief in support of their motion for class certification (Dkt. # 134).

3 | Dated this 27th day of December, 2017.

JAMES L. ROBART
United States District Judge