# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANE AND JOHN DOES 1 - 10, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Public Records Compliance Officer at the University of Washington, in his official capacity; and DAVID DALEIDEN, an individual,<br><br>Defendants. | No. 2:16-cv-01212-JLR<br><br>DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT |

Defendants UNIVERSITY OF WASHINGTON and PERRY TAPPER (collectively UW Defendants) by and through their attorneys of record ROBERT W. FERGUSON, Attorney General, and NANCY S. GARLAND, Assistant Attorney General, submit this Answer in response to Plaintiffs' Third Amended Complaint (Dkt. # 77).

\>

DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

1

**ATTORNEY GENERAL OF WASHINGTON**
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

## INTRODUCTORY PARAGRAPH

The introductory paragraph of Plaintiffs' Third Amended Complaint contains characterizations of Plaintiffs' case to which no answer is required; however, to the extent an answer is deemed necessary, the UW Defendants deny the same, except as admitted in the responses to specific factual allegations below.

## I. PARTIES

### Proposed Class Representatives

1-9.    The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the descriptions of John and Jane Does described in Paragraphs 1-9, and therefore deny.

10.    The UW Defendants admit that Plaintiffs have filed this action as a class action, purportedly on behalf of all persons similarly situated.

### Defendants

11.    Deny.  (The University of Washington is an agency of the State of Washington and an institution of higher education with its primary campus in Seattle, Washington.)

12.    Admit.

13.    The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the descriptions Defendant David Daleiden set forth in Paragraph 13, and therefore deny same.

14.    The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the descriptions Defendant Zachary Freeman set forth in Paragraph 14, and

DEFENDANTS UNIVERSITY OF WASHINGTON
AND PERRY TAPPER'S ANSWER TO
PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

2

**ATTORNEY GENERAL OF WASHINGTON**
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

therefore deny same. (The UW Defendants note that Defendant Freeman was dismissed from this action on December 27, 2016. Dkt. # 105.)

## II. JURISDICTION AND VENUE

17.[1] The UW Defendants admit that Plaintiffs assert claims under the federal and Washington Constitutions and 42 U.S.C. § 1983.

18. Plaintiffs allegations of jurisdiction set forth in Paragraph 18 state legal conclusions to which no response is required. To the extent a response is required, UW Defendants admit the University of Washington stated no opposition to the jurisdiction of the Court for purposes of considering the issues of declaratory and/or injunctive relief, and deny the remaining allegations in paragraph 18 of the Third Amended Complaint.

19. Admit.

## III. FACTS

20. In response to Paragraph 20, UW Defendants admit that the Birth Defects Research Laboratory (BDRL) is a nationally recognized, National Institutes of Health (NIH)-funded lab for birth-defects research; a national resource for fetal tissue that collects, identifies and provides fetal tissue for research purposes solely to researchers at academic and non-profit research facilities around the country; and adheres to strict guidelines in receiving donated fetal tissue and providing the tissue for research in compliance with federal and state law and the terms of its NIH grant.

21. UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 and therefore deny the same.

---

[1] Paragraph numbers 15 and 16 were omitted from Plaintiffs' Third Amended Complaint.

DEFENDANTS UNIVERSITY OF WASHINGTON
AND PERRY TAPPER'S ANSWER TO
PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

3

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

22.     UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 and therefore deny the same.

23.     In response to Paragraph 23 UW Defendants admit only that on February 10, 2016, David Daleiden submitted a request under Washington's Public Records Act to the University of Washington and admit that Exhibit A attached to the Third Amended Complaint is a copy of the request. UW Defendants deny the remainder of paragraph 23's characterizations of that request, as the request speaks for itself.

24.     In response to Paragraph 24, UW Defendants admit only that Zachary Freeman submitted a public records request to the UW, received by the University of Washington's Office of Public Records and Open Public Meetings on February 12, 2016 and that Exhibit B attached to the Third Amended Complaint is a copy of the request.  UW Defendants deny the remainder of paragraph 24's characterization as the request speaks for itself.

25.     In response to Paragraph 25, UW Defendants admit only that on or about July 21, 2016, UW notified individuals identified in records responsive to David Daleiden's request that Daleiden had submitted a public records request; and that Exhibit C to the Third Amended Complaint is a copy of the notice UW, except that it does not include a copy of David Daleiden's request which was included with the notification. The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 25. UW Defendants deny the Paragraph 25's characterizations of the notice, as the notice speaks for itself.

26.     In response to Paragraph 26, UW Defendants admit only that on or about July 26, 2016, UW notified individuals identified in records responsive to Zachary Freeman's request that

DEFENDANTS UNIVERSITY OF WASHINGTON
AND PERRY TAPPER'S ANSWER TO
PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

4

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

Freeman had submitted a public records request; and that Exhibit D to the Third Amended Complaint is a copy of the notice UW sent, except that it does not include a copy of Zachary Freeman's request which was included with the notification. The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 26. UW Defendants deny the Paragraph 26's characterizations of the notice, as the notice speaks for itself.

27. In response to Paragraph 27, the UW Defendants admit that Perry Tapper is an individual in the Office of Public Records and Open Public Meetings who has been assigned to coordinate and review UW's response to the Daleiden and Freeman requests.

28. In response to Paragraph 28, UW Defendants admit only that as of the date of filing of the Third Amended Complaint, the UW Defendants had not indicated an agreement to make certain redactions that had been proposed by Daleiden, Freeman, and/or their attorneys. UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 28 and therefore deny the same.

29. The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 and therefore deny the same.

30. The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 and therefore deny the same.

31. The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 and therefore deny the same.

32. The UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 32 and therefore deny the same.

DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

5

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

## IV. CLASS ACTION ALLEGATIONS

33. The UW Defendants take no position on the allegations set forth in Paragraph 33 regarding the class definition. To the extent a position is required, the UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 and therefore deny the same.

34. In response to Paragraph 34, The UW Defendants admit only that the University attempted to send notice to more than 150 individuals identified in records responsive to the records request. Portions of Paragraph 34 state legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

35. The UW Defendants take no position on the allegations set forth in Paragraph 35 regarding commonality. Portions of Paragraph 35 state legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

36. The UW Defendants take no position on the allegations set forth in Paragraph 36 regarding typicality. Portions of Paragraph 36 state legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

6

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

37. The UW Defendants take no position on the allegations set forth in Paragraph 37 regarding adequacy. Portions of Paragraph 37 state legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 37 and therefore deny the same.

38. The UW Defendants take no position on the allegations set forth in Paragraph 38 regarding the appropriateness of injunctive and declaratory relief. Portions of Paragraph 38 state legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 38 and therefore deny the same.

## FIRST CLAIM: DECLARATORY JUDGMENT

39. The UW Defendants incorporate all admissions and denials made elsewhere in this answer as though fully set forth in this section.

40. The allegations in Paragraph 40 constitute legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants deny the same.

41. In response to Paragraph 41 on page 8 of the Third Amended Complaint, the UW Defendants admit that under the Public Records Act, a court may enjoin release of a record or a portion of a record if certain conditions are met and that Doe Plaintiffs seek a declaratory judgment. The remainder of Paragraph 41 constitutes legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants deny the same.

>

DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

7

**ATTORNEY GENERAL OF WASHINGTON**
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

## SECOND CLAIM: VIOLATION OF RIGHT TO PRIVACY UNDER FEDERAL AND STATE CONSTITUTIONS

41.[2]   The UW Defendants incorporate all admissions and denials made elsewhere in this answer as though fully set forth in this section.

42.   The allegations in Paragraph 42 constitute legal conclusions or legal argument to which no response is required.  To the extent a response is required, the UW Defendants deny the same.

43.   The allegations in Paragraph 43 constitute legal conclusions or legal argument to which no response is required.  To the extent a response is required, the UW Defendants deny the same.

## THIRD CLAIM: VIOLATION OF RIGHT TO ASSOCIATE UNDER FEDERAL AND STATE CONSTITUTIONS

44.   The UW Defendants incorporate all admissions and denials made elsewhere in this answer as though fully set forth in this section.

45.   The allegations in Paragraph 45 constitute legal conclusions or legal argument to which no response is required.  To the extent a response is required, the UW Defendants deny the same.

46.   The allegations in Paragraph 46 constitute legal conclusions or legal argument to which no response is required.  To the extent a response is required, the UW Defendants deny the same.

---

[2] Paragraph no. 41 is repeated in the numbering sequence of Plaintiffs' Third Amended Complaint.

DEFENDANTS UNIVERSITY OF WASHINGTON
AND PERRY TAPPER'S ANSWER TO
PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

8

**ATTORNEY GENERAL OF WASHINGTON**
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

47. The allegations in Paragraph 47 constitute legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants deny the same.

## FOURTH CLAIM: INJUNCTIVE RELIEF UNDER PUBLIC RECORDS ACT

48. The UW Defendants incorporate all admissions and denials made elsewhere in this answer as though fully set forth in this section.

49. The allegations in Paragraph 49 constitute legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants deny the same.

50. The allegations in sentences one and three of Paragraph 50 constitute legal conclusions or legal argument to which no response is required. To the extent a response is required, the UW Defendants deny the same. UW Defendants admit the allegation in sentence two of paragraph 50, with clarification that the statutory provision has been subsequently interpreted by numerous court opinions.

## RESPONSE TO PRAYER FOR RELIEF

Section V, paragraphs A-G of Plaintiffs' Third Amended Complaint makes no allegation to which an answer is required. To the extent a response is required, Defendants deny.

## OMNIBUS DENIAL

Unless otherwise specifically admitted above, UW Defendants deny each and every remaining allegation in the Third Amended Complaint.

DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

9

**ATTORNEY GENERAL OF WASHINGTON**
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

## V. AFFIRMATIVE DEFENSES

The UW Defendants incorporate their admissions, denials, and allegations above as though fully set forth herein. Without conceding which party bears the burden of proof and without admitting allegations previously denied, the UW Defendants assert the defense of qualified immunity.

## VI. RELIEF REQUESTED

The UW Defendants respectfully requests the Court:

A. Deny Plaintiffs' request for reasonable attorneys' fees and costs under 42 U.S.C. § 1998 insofar as they are requested from the University; and

B. Any other relief the court finds just and equitable.

Respectfully submitted this 5th day of March, 2018.

ROBERT W. FERGUSON
Washington Attorney General

/s/ Nancy S. Garland

NANCY S. GARLAND, WSBA #43501
Assistant Attorney General
Washington Attorney General's Office
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
Seattle, Washington 98195-9475
Phone: (206) 543-4150/Fax: (206) 543-0779
E-mail: nancysg@uw.edu
Attorneys for Defendants the University of Washington and Perry Tapper

DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

10

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150    Fax (206) 543-0779

# CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the laws of the State of Washington, that I electronically filed the foregoing Defendants University of Washington and Perry Tapper's Answer to Plaintiffs' Third Amended Complaint with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

DATED this 5th day of March 2018.

/s/ Jeanie Hines
Jeanie Hines, Legal Assistant

DEFENDANTS UNIVERSITY OF WASHINGTON AND PERRY TAPPER'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT
2:16-cv-01212-JLR

11

**ATTORNEY GENERAL OF WASHINGTON**
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779