UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1-10, et al.,<br><br>                 Plaintiffs,<br><br>   v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>                Defendants. | CASE NO. C16-1212JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Counsel for Plaintiffs Jane Does 1-10 and John Does 1-10 (collectively, "Doe Plaintiffs") and counsel for Defendant David Daleiden jointly contacted the court to request a Local Rule LCR 7(i) telephonic conference to resolve a discovery dispute. The court GRANTS their request and SCHEDULES the telephonic conference for Wednesday, August 22, 2018, at 9:00 a.m. The court further ORDERS Mr. Daleiden and

MINUTE ORDER - 1

1 | Doe Plaintiffs to file separate letters of no more than two pages detailing their discovery
2 | dispute.  The parties must file their letters no later Monday, August 20, 2018, at 12:00
3 | p.m.  Defendant University of Washington ("UW") may, but is not required to, file a
4 | letter of the same length and by the same deadline.  In addition, UW may, but is not
5 | required to, participate in the August 22, 2018, telephonic conference.  The courtroom
6 | deputy will contact the parties with instructions about participating in the telephonic
7 | conference.

    Filed and entered this 16th day of August, 2018.

                  WILLIAM M. MCCOOL
                  Clerk of Court

                  s/ Ashleigh Drecktrah
                  Deputy Clerk