UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1-10, et al.,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C16-1212JLR<br><br>ORDER ON REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS |

Before the court is the opinion and mandate of the Ninth Circuit Court of Appeals affirming in part, reversing in part, and vacating in part the court's order reissuing the preliminary injunction in this matter.  (9th Cir. Mem. Op. (Dkt. # 197); 9th Cir. Mandate (Dkt. # 199); *see also* 11/30/17 Order (Dkt. # 130).)  The court ORDERS the parties to file, within 14 days of the filing date of this order, a joint status report proposing how the court should proceed in this matter in light of the Ninth Circuit's order.  The parties

ORDER - 1

should attempt to agree in good faith on a unified approach.  If they cannot so agree, they may outline their disparate suggestions in the joint status report.

Dated this 14th day of May, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2