UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 06 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOES 1-10, individually and on behalf of others similarly situated; JOHN DOES 1-10, individually and on behalf of others similarly situated,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Public Records Compliance Officer at the University of Washington, in his official capacity,<br><br>        Defendants - Appellees,<br><br> v.<br><br>DAVID DALEIDEN, an individual,<br><br>        Defendant - Appellant. | No. 20-35657<br><br>D.C. No. 2:16-cv-01212-JLR<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered June 11, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7