UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1-10, et al., | CASE NO. C16-1212JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On September 14, 2022, the parties contacted the court to request a Local Civil Rule 7(i) telephonic motion hearing regarding disputes that have arisen during discovery. *See* Local Rules W.D. Wash. LCR 7(i) (setting forth the procedures governing telephonic motions). The court approves the use of Local Civil Rule 7(i) to resolve these disputes, and ORDERS as follows:

MINUTE ORDER - 1

1 |     1.    Defendant David Daleiden's depositions of the Doe Plaintiffs are STRICKEN pending the resolution of the parties' dispute regarding the procedures for taking these depositions.

    2.    By no later than 5:00 p.m. on Monday, September 19, 2022, each party shall file a letter brief, not to exceed four (4) pages in length, describing its position with respect to the discovery disputes. The court will set a date and time for the telephonic hearing after it reviews the parties' letter briefs.

    3.    The Clerk is DIRECTED to renote Plaintiffs' motion for summary judgment and for a permanent injunction (Dkt. # 234) and Mr. Daleiden's motion to disqualify class counsel and class representatives, to decertify the class, and for temporary stay of proceedings (Dkt. # 245), on Friday, October 14, 2022.

Filed and entered this 15th day of September, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2