HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1 - 10, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>Defendants. | No. 16-cv-1212-JLR<br><br>SECOND STIPULATED MOTION AND ORDER TO EXTEND ALL DATES TO ALLOW FOR SETTLEMENT NEGOTIATIONS BETWEEN THE PARTIES<br><br>NOTE ON MOTION CALENDAR:<br>September 23, 2022 |

**STIPULATION**

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs and Mr. Daleiden have exchanged proposed stipulations for an appropriate order to dismiss this case. Counsel for Plaintiffs and Mr. Daleiden have reached agreement in principle on settlement terms.

2. The University of Washington has requested additional time to convene the relevant stakeholders to consider the proposed settlement stipulation and possibly to engage in further negotiations on that proposed settlement.

3. Counsel request that all current deadlines be extended by one week to engage in further discussions. Counsel request that the Court direct extension of deadlines as follows:

SECOND STIPULATED MOTION TO EXTEND
DEADLINES - 1
(Case No. 16-cv-1212-JLR)

116869776.1 0099880-01061

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

      a. Extending the deadline for the parties to file letter briefs regarding discovery disputes (Dkt. 246) from Monday, September 26, 2022 to Monday, October 3, 2022.

      b. Renoting Plaintiffs' motion for summary judgment and for a permanent injunction (Dkt. 234) and Mr. Daleiden's motion to disqualify class counsel and class representatives, to decertify the class, and for a temporary stay of proceedings (Dkt. 245) from Friday, October 21, 2022 to Friday, October 28, 2022.

Dated this 23rd day of September, 2022.

**ROBERT W. FERGUSON**
Washington Attorney General

*s/ Nancy Garland*
Nancy S. Garland, WSBA No. 43501
Assistant Attorney General
Washington Attorney General's Office

**JACKSON & NICHOLSON, P.S.**
John R. Nicholson, WSBA No. 30499
*Attorneys for Defendants the University of Washington and Perry Tapper*

**THOMAS MORE SOCIETY**

*s/ Peter Breen*
Peter Breen, *pro hac vice*
Thomas Brejcha, *pro hac vice*

**LiMANDRI & JONNA LLP**
Jeffrey Trissell, *pro hac vice*

**WILLIAM JOHN CRITTENDEN**
William J. Crittenden, WSBA No. 22033
*Attorneys for Defendant David Daleiden*

**STOEL RIVES LLP**

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
Jenna Poligo, WSBA 54466

**LEGAL VOICE**
Kim Clark, WSBA No. 51644

**CORR CRONIN LLP**
Steven W. Fogg, WSBA No. 23528
Maia Robbins, WSBA No. 54451
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625-8600

*Attorneys for Plaintiffs*

SECOND STIPULATED MOTION TO EXTEND
DEADLINES - 2
(Case No. 16-cv-1212-JLR)

**ORDER**

Based on the foregoing, the parties' motion is granted. The deadline for the parties to file letter briefs pursuant to the Minute Order at Dkt. 246 is extended to Monday, October 3 at 5:00 pm. The Clerk is DIRECTED to renote the deadline for Plaintiffs' motion for summary judgment and for a permanent injunction (Dkt. 234) and Mr. Daleiden's motion to disqualify class counsel and class representatives, to decertify the class, and for a temporary stay of proceedings (Dkt. 245) to Friday, October 28, 2022.

SO ORDERED this 26th day of September 2022.

_____
Judge James L. Robart

SECOND STIPULATED MOTION TO EXTEND
DEADLINES - 3
(Case No. 16-cv-1212-JLR)

116869776.1 0099880-01061

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900