HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1 - 10, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>　　　　Defendants. | No. 16-cv-1212-JLR<br><br>STIPULATED MOTION <u>AND ORDER</u> TO REMOVE DEADLINES AND SCHEDULE STATUS CONFERENCE<br><br>NOTE ON MOTION CALENDAR:<br>September 30, 2022 |

**STIPULATION**

The parties, by and through their counsel, stipulate and agree as follows:

1.　Counsel for Plaintiffs and Mr. Daleiden have reached agreement in principle on settlement terms. The University of Washington continues to consider settlement terms.

2.　Upon resolution, the parties anticipate filing a stipulation summarizing settlement terms and seeking entry of an order conditionally approving the terms, pending approval of the class action settlement. Plaintiffs are prepared to promptly file a motion seeking approval of class action settlement.

3.　In furtherance of this process, counsel request that all current deadlines be removed from the calendar. The parties anticipate that resolution will moot the pending discovery disputes and motions.

STIPULATED MOTION TO REMOVE DEADLINES AND
SCHEDULE STATUS CONFERENCE - 1
(Case No. 16-cv-1212-JLR)
116956727.1 0099880-01061

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

4. The parties request a status conference with the Court to preview tentative resolution and ensure compliance with the Court's preferred procedure for expected filings.

Dated this 30th day of September 2022.

**ROBERT W. FERGUSON**
Washington Attorney General

*s/ Nancy S. Garland*
Nancy S. Garland, WSBA No. 43501
Assistant Attorney General
Washington Attorney General's Office

**JACKSON & NICHOLSON, P.S.**
John R. Nicholson, WSBA No. 30499
*Attorneys for Defendants the University of Washington and Perry Tapper*

**THOMAS MORE SOCIETY**

*s/ Peter Breen*
Peter Breen, *pro hac vice*
Thomas Brejcha, *pro hac vice*

**LiMANDRI & JONNA LLP**
Jeffrey Trissell, *pro hac vice*

**WILLIAM JOHN CRITTENDEN**
William J. Crittenden, WSBA No. 22033
*Attorneys for Defendant David Daleiden*

**STOEL RIVES LLP**

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
Jenna Poligo, WSBA 54466

**LEGAL VOICE**
Kim Clark, WSBA No. 51644

**CORR CRONIN LLP**
Steven W. Fogg, WSBA No. 23528
Maia Robbins, WSBA No. 54451
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Telephone: (206) 625-8600

*Attorneys for Plaintiffs*

STIPULATED MOTION TO REMOVE DEADLINES AND
SCHEDULE STATUS CONFERENCE - 2
(Case No. 16-cv-1212-JLR)
116956727.1 0099880-01061

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

1 **ORDER**

2  Based on the foregoing, the parties' motion is granted. The Clerk is DIRECTED to take
3 the pending motions (Dkt. ## 234, 237, & 245) off the court's calendar. A Zoom status
4 videoconference is scheduled for Tuesday, October 11, 2022, at 10:30 a.m. Instructions for signing
5 in to the videoconference will be sent to counsel by email. The parties are ORDERED to file a
6 joint statement setting forth the topics they wish to discuss at the videoconference by no later than
7 Thursday, October 6, at 5:00 p.m.

9  SO ORDERED this 3rd day of October, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO REMOVE DEADLINES AND
SCHEDULE STATUS CONFERENCE - 3
(Case No. 16-cv-1212-JLR)
116956727.1 0099880-01061

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*