UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1-10, et al., | CASE NO. C16-1212JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties have asked the court to appoint a settlement judge to conduct a settlement conference in this matter pursuant to Local Civil Rule 39.1(e).  (*See* 10/6/22 JSR (Dkt. # 253); *see also* 10/11/22 Min. Entry (Dkt. # 254).)  Under that rule, "the court may appoint a settlement judge who may conduct a settlement conference in such manner as that settlement judge may deem appropriate."  Local Rules W.D. Wash. LCR 39.1(e).

MINUTE ORDER - 1

The parties represent that they have been engaging in settlement discussions and that the appointment of a settlement judge could be productive in helping them reach agreement. (*See* 10/6/22 JSR.) Accordingly, the court GRANTS the parties' request to appoint a settlement judge and APPOINTS the Honorable Michelle L. Peterson, United States Magistrate Judge, to serve as settlement judge in this case. Counsel are directed to communicate with Magistrate Judge Peterson, through her chambers staff, about the delivery and length of settlement briefs, any other materials that should be provided, and the time and place of the settlement conference. The court DIRECTS the Clerk to provide Magistrate Judge Peterson a copy of this order.

Filed and entered this 11th day of October, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2