HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1 - 10, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, et al., <br><br> Defendants. | No. 16-cv-1212-JLR <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT |

This matter comes before the Court on Plaintiffs' unopposed motion pursuant to Fed. R. Civ. P. 23(e) for an order approving settlement of this action ("Motion for Approval"). Upon consideration of the motion and the Settlement and Release Agreement (the "Settlement"), which sets forth the terms and conditions for settlement of this action, the Court finds as follows:

1. Based on the record before it, the Court finds: (a) the Settlement resulted from arms-length negotiations; (b) there is no evidence of fraud, collusion, or overreaching or that the rights of absent class members were disregarded; and (c) counsel has sufficient experience to propose approval of the Settlement.

2. Under the terms of the Settlement, the University of Washington will pay Mr. Daleiden $30,000 for attorney's fees and costs. No attorney's fees or costs are due to Plaintiffs or the University of Washington.

3. The Settlement is approved as fair, reasonable and adequate under Fed. R. Civ. P. 23(e)(2).

4. In light of the nature of this action, which sought relief for a class certified under Fed. R. Civ. P. 23(b)(2) to enjoin release of records under the Public Records Act absent redactions to protect against disclosure of personal identifying information, notice to members of the class and a fairness hearing are not required.

Based on the foregoing, the Court **GRANTS** the Motion for Approval of Settlement.

IT IS SO ORDERED this <u>12th</u> day of <u>December</u>, <u>2022</u>.

_____
JAMES L. ROBART
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR APPROVAL OF
SETTLEMENT - 2
(Case No. 16-cv-1212-JLR)

116624687.3 0099880-01061