UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOES 1-10 et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, et al., <br><br> Defendants. | CASE NO. C16-1212JLR <br><br> ORDER |

Before the court is a motion to withdraw as counsel for Defendant David Daleiden filed by attorneys Peter Breen and Thomas Brejcha of the Thomas More Society, Jeffrey M. Trissell of LiMandri & Jonna LLP, and William J. Crittenden.  (Mot. (Dkt. # 267).) Although this case has been settled, Defendant the University of Washington ("UW") is continuing to produce public records to Mr. Daleiden pursuant to the parties' settlement agreement.  (*Id.* at 2.)  Counsel represent that Mr. Daleiden consents to the withdrawal and that neither counsel for Plaintiffs nor counsel for Defendants UW and Perry Tapper

ORDER - 1

1  oppose the motion. (*Id.*) They further represent that an attorney who works for Mr.
2  Daleiden's out-of-state lead counsel is seeking admission to this court and may appear to
3  represent Mr. Daleiden in the future. (*Id.*)

4  An attorney seeking to withdraw from a case in a manner that will leave a party
5  unrepresented must seek the court's leave to do so by filing a motion. *See* Local Rules
6  W.D. Wash. LCR 83.2(b)(1). The motion must contain a certification that it "was
7  served on the client and opposing counsel," and, if the withdrawal will leave a party
8  unrepresented, the motion must also provide that party's address and telephone number.
9  *Id.*

10  Counsel for Mr. Daleiden certify that they served the motion on Mr. Daleiden
11  using his personal email, on counsel for all parties using the court's CM/ECF system, and
12  on Mr. Daleiden's out-of-state counsel via email. (Mot. at 4.) Counsel have not,
13  however, provided Mr. Daleiden's current contact information. (*See generally* Mot.); *see*
14  Local Rules W.D. Wash. LCR 83.2(b)(1). Therefore, the court DENIES counsel's
15  motion to withdraw (Dkt. # 267) without prejudice to refiling a motion that complies with
16  Local Civil Rule 83.2(b)(1).

17  Dated this 3rd day of January, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2